**Order entered September 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00109-CV
## No. 05-19-01056-CV

**CATAPULT REALTY CAPITAL, L.L.C., Appellant**

**V.**

**TOBIAN JOHNSON, Appellee**

**IN RE CATAPULT REALTY CAPITAL, L.L.C., Relator**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12714**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05600-B**

## ORDER

For administrative purposes, the original proceeding from the County Court at Law No. 2, Dallas County, Texas, trial court cause no. CC-18-05600-B is severed from the interlocutory appeal from the 191st Judicial District Court, Dallas County, Texas, trial court cause no. DC-18-12714.

The interlocutory appeal from the district court, trial court cause no. DC-18-12714, is now styled *Catapult Realty Capital, L.L.C. v. Tobian Johnson*, appellate cause number 05-19-00109-CV.

The original proceeding from the county court, trial court cause no. CC-18-05600-B, is now styled *In re Catapult Realty Capital, L.L.C.*, appellate cause no. 05-19-01056-CV.

Because both the original proceeding and the interlocutory appeal stem from the same facts and are intertwined, they will be heard and administratively handled together as companion cases.

We **DIRECT** the Clerk of the Court to transfer all documents from the original proceeding from the county court, trial court cause no. CC-18-05600-B, into appellate cause number 05-19-01056-CV. The parties, trial court clerk, and court reporter shall now use only appellate cause number 05-19-01056-CV for that case.

We also **DIRECT** the Clerk of the Court to maintain all documents from the interlocutory appeal from the district court, trial court cause no. DC-18-12714, in appellate cause no. 05-19-00109-CV. The parties, trial court clerk, and court reporter shall now use only appellate cause no. 05-19-00109-CV for that case.

The interlocutory appeal from the district court, appellate cause no. 05-19-00109-CV, is set for submission on September 10, 2019. The parties have not requested oral argument.


/s/    LANA MYERS
PRESIDING JUSTICE